IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY ARTHER ANDREOZZI, | No. CIV S-09-1192-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request to reinstate all defendants in this action, and to dismiss defense counsel (Doc. 29).

The court interprets plaintiff's motion as a motion for reconsideration of the order dismissing several defendants from this case.

Under Rule 60(b), the court may grant reconsideration of a final judgment and any order based on, among other things: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within ten days of entry of judgment; and (3) fraud, misrepresentation, or misconduct of an opposing party. A motion for reconsideration on any of these grounds must be brought within a

1

1  reasonable time and no later than one year of entry of judgment or the order being challenged.
2  See Fed. R. Civ. P. 60(c)(1).
3        Plaintiff provides no reason for the court to reconsider the order dismissing these
4  defendants from this case.  Plaintiff apparently attempted to propound discovery requests on the
5  correctional officers who have been dismissed.  As counsel pointed out in response to plaintiff's
6  request, discovery generally cannot be propounded on non-parties.  Such a response is no basis
7  for dismissing counsel from this action.
8        A review of the order dismissing the defendants from this action shows no basis
9  for granting reconsideration.  There was no mistake, new evidence or misconduct involved.
10       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reinstate all
11 defendants (Doc. 29) is denied.
12 DATED: September 28, 2011

                                        /s/ John A. Mendez
                                        U. S. DISTRICT COURT JUDGE